# Exhibit 2

BEFORE THE AMERICAN ARBITRATION ASSOCIATION

PEPSICO, INC.,

Claimant/Appellee,

v.   Case No. 01-20-0015-8060

VITAL PHARMACEUTICALS, INC.,

Respondent/Appellant.

DECISION OF APPELLATE PANEL

The American Arbitration Association has appointed the undersigned as appellate arbitrators (the appellate panel) to hear and determine on appeal a dispute between PepsiCo, Inc., Claimant/Appellant (PepsiCo.) and Vital Pharmaceuticals, Inc., Respondent/Appellant (VPX).

VPX.appeals from the Final Partial Award (the Award) issued November 17, 2021 following evidentiary hearings before a panel of three arbitrators (the trial panel). The appellate panel has received the briefs of the parties and heard oral argument by Zoom on April 26, 2022. After consideration of the briefs and arguments and a review of the record, the appellate panel ADOPTS the Award of the trial panel as its own for the following reasons:

1. The trial panel correctly concluded that the Distribution Agreement between the parties unambiguously requires the parties to perform all their obligations under that agreement until October 24, 2023, and that PepsiCo remains the exclusive distributor of Licensed Products until that date.

3658870.2

2. The trial panel's award of specific performance and its declaratory judgment with respect to the transfer of customers to PepsiCo were within the trial panel's discretion.

3. VPX failed to establish that PepsiCo committed fraudulent inducement or that PepsiCo did not use commercially reasonable efforts to distribute Licensed Products as required by Section 23.(a)(i) of the Distribution Agreement.

4. The trial panel acted within its discretion in deferring to Phase 2 of the proceedings the issue of whether Bang Mixx Hard Seltzer is a Licensed Product under the Distribution Agreement.

5. The trial panel committed no material and prejudicial error of law, and its findings of fact are not clearly erroneous.

It is so ORDERED this 26th day of April, 2022.

/s/Hon. James R. Zazzali_____
Hon. James R. Zazzali (Ret.) Chair

/s/Hon. James Eyler_____
Hon. James Eyler (Ret.)

/s/Hon. Robert S. Smith_____
Hon. Robert S. Smith (Ret.)