# Nickell Declaration Sealed